# UNITED STATES DISTRICT COURT

for the

District of Maryland

LMF/bv

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Google, Inc., email account
RESQ78@GMAIL.COM

)
)
)
)
)
)

Case No. 13-327 JKS

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Google, Inc., email account, RESQ78@GMAIL.COM. See ATTACHMENT A.

located in the _____ District of ___Maryland___, there is now concealed *(identify the person or describe the property to be seized)*:
See ATTACHMENT B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | use of a computer in or affecting interstate commerce to possess, receive, or distribute child pornography; |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Douglas MacFarlane, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/15/2013

*Judge's signature*

City and state: Greenbelt, Maryland

Jillyn K. Schulze United States Magistrate Judge
*Printed name and title*

FILED
LOGGED
ENTERED
RECEIVED

MAR 18 2013

CLERK, AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY